# HELLER, HOROWITZ & FEIT, P.C.

ELI FEIT
STUART A. BLANDER
―――
JACOB W. HELLER
(1979-2013)
RICHARD F. HOROWITZ
(1979-2008)

ATTORNEYS AT LAW
260 MADISON AVENUE
NEW YORK, N.Y. 10016
(212) 685-7600

OF COUNSEL
MARTIN STEIN
AMY E. MOSERY
―――
TELECO-PIER
(212) 448-0066
―――
WORLD WIDE WEB
HTTP://WWW.HHANDF.COM

WRITER'S E-MAIL
SABLANDER@HHANDF.COM

August 18, 2015

Honorable Ronald Levy
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Collive Corporation, et al. v. Rivkin*
Case No.: 14-CV-2167(NGG)

Dear Magistrate Judge Levy:

We represent defendant Yossi Rivkin in the above referenced action. Last month, in a July 24 conference call, plaintiffs' counsel, Mitchell Shapiro, and I advised Your Honor that the parties had reached a settlement of their dispute through the mediator, and that counsel would be preparing a final settlement agreement. Based on the parties' settlement, Your Honor entered an order directing that a stipulation of dismissal shall be filed within thirty days. While a draft of the final settlement agreement was prepared and transmitted, I am advised that plaintiffs need more time to review, comment upon and revise the draft. Accordingly, Mr. Shapiro and I jointly request that Your Honor issue a revised order which gives the parties an additional sixty days, or through October 23, 2015, to complete the settlement. (There are a number of Jewish Holidays in September and early October, and we do not want to have to bother Your Honor with another request for an adjournment.)

Respectfully submitted,

Stuart A. Blander

SAB:cfd

cc: Mitchell Shapiro, Esq.

197391.9