D/F

198307

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

COLLIVE CORPORATION, YOSSI SOFFER,            CV -14-2167
AND MICA SOFFER,

                      Plaintiffs,

    -against-

YOSSI RIVKIN and JOHN DOE COMPANY
D/B/A COL,

                      Defendants.
------------------------------------------------------------X

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the respective parties hereto, that the within Action, including all claims asserted in the Complaint and in the Counterclaims, are hereby dismissed with prejudice and without costs against any party.

Dated: Brooklyn, New York
        January 8, 2016

CARTER, LEDYARD & MILBURN, LLP        HELLER, HOROWITZ & FEIT, P.C.

BY: _____                BY: _____
    Mitchell C. Shapiro, Esq.                         Stuart A. Blander, Esq.
2 Wall Street                                         260 Madison Ave
New York, New York 10005                    New York, NY 10016
(212) 238-8882                                    212-685-7600
*Attorneys for Plaintiffs*                           *Attorneys for Defendants*

198307.1

So ordered

1/11/16